UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:19-cr-00310-JPH-MJD |
| ) | |
| SAMUEL CHINNIS, ) | |
| ) | |
| Defendant. ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Doris L. Pryor's Report and Recommendation and all findings therein, dkt. [16]. The Court now **ORDERS** that Samuel Chinnis' supervised release is therefore **REVOKED**, dkt. [11], and Mr. Chinnis is sentenced to the custody of the Attorney General or his designee for imprisonment of four months with no supervised release to follow.

**SO ORDERED.**

Date: 6/2/2020

Distribution:

All ECF-registered counsel of record

United States Probation Office

United States Marshal

James Patrick Hanlon
United States District Judge
Southern District of Indiana